UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT FRANKLIN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FOSTER WHEELER LLC,<br><br>    Defendant. | Case No.  14-cv-03851-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL** |

    The parties having reached a settlement before Magistrate Judge Corley on May 29, 2015, all deadlines and hearings in this case are VACATED.  By August 28, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

    The Court also hereby SETS a case management conference on September 16, 2015 at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

    Any continuance of the deadlines set in this Order requires a showing of good cause. Failure to comply with these deadlines may result in sanctions.

    **IT IS SO ORDERED**.

Dated: June 1, 2015

                                                   JON S. TIGAR
                                         United States District Judge