BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11   HERBERT FRANKLIN WILSON,          )          No. 3:14-cv-03851-JST
                                       )
12              Plaintiff,             )          **ORDER GRANTING PARTIES'**
                                       )          **DISMISSAL WITH PREJUDICE OF**
13   vs.                               )          **ANY ASBESTOS  EXPOSURE CLAIMS**
                                       )          **ON OR AFTER DECEMBER 5, 1980**
14   FOSTER WHEELER LLC (FKA           )          **FROM DEFENDANT FOSTER**
     FOSTER WHEELER CORPORATION),      )          **WHEELER LLC (FKA FOSTER**
15                                     )          **WHEELER CORPORATION)**
                Defendant.             )
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20   _____   )

21          PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related

22   to exposure to asbestos on or after December 5, 1980 as to Defendant FOSTER WHEELER LLC

23   (FKA FOSTER WHEELER CORPORATION) are hereby dismissed with prejudice.

24

25

26

27   Dated:  July 30, 2015                          By:_____
                                                       Hon.
28                                                     United

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS  EXPOSURE CLAIMS
ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FOSTER WHEELER LLC (FKA FOSTER
WHEELER CORPORATION)