UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT FRANKLIN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FOSTER WHEELER LLC,<br><br>    Defendant. | Case No. 14-cv-03851-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 21 |

The parties have filed a stipulation of dismissal dated August 24, 2015. ECF No. 21. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: August 24, 2015

                                                       JON S. TIGAR<br>
                                     United States District Judge