UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT FRANKLIN WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOSTER WHEELER LLC,<br><br>　　　　Defendant. | Case No. 14-cv-03851-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 23 |

　　　　The parties have filed a second stipulation of dismissal dated December 2, 2015. ECF No. 23. The first stipulation of dismissal filed by the parties, ECF No. 21, was signed by both parties, but did not include a date for Defendant's signature. Because the second stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　This case has been dismissed with prejudice. The Clerk shall close the file.

　　　　IT IS SO ORDERED.

Dated: December 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge